Christopher T. Holland (State Bar No. 164053)
Anne E. Kearns (State Bar No. 183336)
Kathy M. Sarria (State Bar No. 181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, CA 94104
Phone:      (415) 249-8330
Fax:        (415) 249.8333
Email:      cholland@kksrr.com

Karen R. Thorland (State Bar No. 172092)
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Phone:      (310)282-2000
Fax:        (310)282-2200
Email:      kthorland@loeb.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**PJH**

TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; LIONS GATE FILMS, INC., a Delaware corporation; SCREEN GEMS, INC., a Delaware corporation; and COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation,

Plaintiffs,

vs.

DOES 1 - 41,

Defendants.

**C 06 0853**

Case No.:

COMPLAINT FOR COPYRIGHT INFRINGEMENT

**JURISDICTION AND VENUE**

1.   This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.   This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.   **Intradistrict Assignment:** Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. § 1400(a). Although the true identity of each Defendant is unknown to the Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the Plaintiff exclusive rights owner, distributed and offered to distribute over the Internet copyrighted works for which the respective Plaintiffs have exclusive rights.  Such unlawful distribution occurred in every jurisdiction in the United States, including this one.  In addition, each Defendant contracted with an Internet Service Provider found in this District to provide each Defendant with the access to the Internet.

**PARTIES**

4.   Plaintiffs Twentieth Century Fox Film Corporation, Paramount Pictures Corporation, Disney Enterprises, Inc., Warner Bros. Entertainment Inc., Universal City Studios Productions LLLP, Lions Gate Films, Inc., Screen Gems, Inc. and Columbia

1   Pictures Industries, Inc. (collectively, the "Plaintiffs") are

2   among the world's leading creators and distributors of motion

3   pictures.  Plaintiffs bring this action to stop Defendants from

4   copying and distributing to others over the Internet

5   unauthorized copies of the Plaintiffs' copyrighted motion

6   pictures.  Defendants' infringements allow them and others

7   unlawfully to obtain and distribute for free unauthorized

8   copyrighted works that the Plaintiffs spend millions of dollars

9   to create and/or distribute.  Each time a Defendant unlawfully

10  distributes a free copy of one of the Plaintiffs' copyrighted

11  motion pictures to others over the Internet, each person who

12  copies that motion picture can then distribute that unlawful

13  copy to others without any significant degradation in sound and

14  picture quality.  Thus, a Defendant's distribution of even one

15  unlawful copy of a motion picture can result in the nearly

16  instantaneous worldwide distribution of that single copy to a

17  limitless number of people.  The Plaintiffs now seek redress for

18  this rampant infringement of their exclusive rights.

19      5.   Plaintiff Twentieth Century Fox Film Corporation is a

20  Delaware corporation, with its principal place of business at

21  10201 West Pico Boulevard, Los Angeles, California.  Twentieth

22  Century Fox Film Corporation ("Fox") is engaged in the

23  production, acquisition and distribution of motion pictures for

24  theatrical exhibition, home entertainment and other forms of

25  distribution.  Fox is the owner of the copyrights and/or the

26  pertinent exclusive rights under copyright in the United States

27  in motion pictures, including those identified in Exhibit A,

28

1 which have been unlawfully distributed over the Internet by the
2 Defendants.

3     6.    Plaintiff Paramount Pictures Corporation is a Delaware
4 corporation, with its principal place of business at 5555
5 Melrose Avenue, Los Angeles, California.  Paramount Pictures
6 Corporation ("Paramount") is engaged in the production,
7 acquisition and distribution of motion pictures for theatrical
8 exhibition, home entertainment and other forms of distribution.
9 Paramount is the owner of the copyrights and/or the pertinent
10 exclusive rights under copyright in the United States in motion
11 pictures, including those identified in Exhibit A, which have
12 been unlawfully distributed over the Internet by the Defendants.

13     7.    Plaintiff Disney Enterprises, Inc. ("Disney") is a
14 Delaware corporation, with its principal place of business at
15 500 South Buena Vista Street, Burbank, California. Among other
16 things, Disney or one or other of its subsidiaries, is engaged
17 in the production, acquisition and distribution of motion
18 pictures for theatrical exhibition, home entertainment and other
19 forms of distribution. Disney is an owner of the copyrights
20 and/or the pertinent exclusive rights under Copyright Law in the
21 United States in certain motion picture works, including those
22 indicated on Exhibit A, which have been unlawfully distributed
23 over the Internet by the Defendants.

24     8.    Plaintiff Warner Bros. Entertainment Inc. is a
25 Delaware corporation, with its principal place of business at
26 4000 Warner Boulevard, Burbank, California.  Warner Bros.
27 Entertainment Inc. ("Warner") is engaged in the production,
28 acquisition and distribution of motion pictures for theatrical

1 | exhibition, home entertainment and other forms of distribution.
2 | Warner is the owner of the copyrights and/or the pertinent
3 | exclusive rights under copyright in the United States in motion
4 | pictures, including those identified in Exhibit A, which have
5 | been unlawfully distributed over the Internet by the Defendants.
6 |     9.   Plaintiff Universal City Studios Productions LLLP is a
7 | Delaware limited liability limited partnership, with its
8 | principal place of business at 100 Universal City Plaza,
9 | Universal City, California.  Universal City Studios Productions
10 | LLLP ("Universal") is engaged in the production, acquisition and
11 | distribution of motion pictures for theatrical exhibition, home
12 | entertainment and other forms of distribution.  Universal is the
13 | owner of the copyrights and/or the pertinent exclusive rights
14 | under copyright in the United States in motion pictures,
15 | including those identified in Exhibit A, which have been
16 | unlawfully distributed over the Internet by the Defendants.
17 |     10.  Plaintiff Lions Gate Films, Inc. is a Delaware
18 | corporation, with its principal place of business at 2700
19 | Colorado Avenue, Suite 200, Santa Monica, California.  Lions
20 | Gate Films, Inc. ("Lions Gate") is engaged in the production,
21 | acquisition and distribution of motion pictures for theatrical
22 | exhibition, home entertainment and other forms of distribution.
23 | Lions Gate is the owner of the copyrights and/or the pertinent
24 | exclusive rights under copyright in the United States in motion
25 | pictures, including those indicated on Exhibit A, which have
26 | been unlawfully distributed over the Internet by the Defendants.
27 |     11.  Plaintiff Screen Gems, Inc. is a Delaware corporation,
28 | with its principal place of business at 10202 West Washington

1   Boulevard, Culver City, California.  Screen Gems, Inc. ("Screen
2   Gems") is engaged in the production, acquisition and
3   distribution of motion pictures for theatrical exhibition, home
4   entertainment and other forms of distribution.  Screen Gems is
5   the owner of the copyrights and/or the pertinent exclusive
6   rights under copyright in the United States in motion pictures,
7   including those identified in Exhibit A, which have been
8   unlawfully distributed over the Internet by the Defendants.

9        12.  Plaintiff Columbia Pictures Industries, Inc. is a
10  Delaware corporation, with its principal place of business at
11  10202 West Washington Boulevard, Culver City, California.
12  Columbia Pictures Industries, Inc. ("Columbia") is engaged in
13  the production, acquisition and distribution of motion pictures
14  for theatrical exhibition, home entertainment and other forms of
15  distribution.  Columbia is the owner of the copyrights and/or
16  the pertinent exclusive rights under copyright in the United
17  States in motion pictures, including those identified in Exhibit
18  A, which have been unlawfully distributed over the Internet by
19  the Defendants.

20       13.  The true names of Defendants are unknown to the
21  Plaintiffs at this time.  Each Defendant is known to the
22  Plaintiffs only by the Internet Protocol ("IP") address assigned
23  to that Defendant by his or her Internet Service Provider on the
24  date and at the time at which the infringing activity of each
25  Defendant was observed.  The IP address of each Defendant,
26  together with the date and time at which his or her infringing
27  activity was observed, is included on Exhibit A hereto.  The
28  Plaintiffs believe that information obtained in discovery will

1  lead to the identification of each Defendant's true name and
2  permit the Plaintiffs to amend this Complaint to state the same.
3                              **COUNT I**
4                    **INFRINGEMENT OF COPYRIGHTS**
5      14.   The Plaintiffs are responsible for the creation,
6  development, production and distribution of numerous
7  commercially released motion pictures.
8      15.   At all relevant times the Plaintiffs have been the
9  holders of the pertinent exclusive rights infringed by
10 Defendants, as alleged hereunder, for certain copyrighted motion
11 pictures, including but not limited to the copyrighted motion
12 pictures listed on Exhibit A to this Complaint (collectively,
13 the "Copyrighted Motion Pictures").  Each of the Copyrighted
14 Motion Pictures is the subject of a valid Certificate of
15 Copyright Registration issued by the Register of Copyrights as
16 specified on Exhibit A.
17     16.   Each of the Copyrighted Motion Pictures contains a
18 copyright notice advising the viewer that the motion picture is
19 protected by the copyright laws.
20     17.   The Plaintiffs are informed and believe that each
21 Defendant, without the permission or consent of the Plaintiffs,
22 has used, and continues to use, an online media distribution
23 system to distribute to the public, including by making
24 available for distribution to others, certain of the Copyrighted
25 Motion Pictures.  Exhibit A identifies on a Defendant-by-
26 Defendant basis (one Defendant per page) the Copyrighted Motion
27 Pictures that each Defendant has, without the permission or
28 consent of the Plaintiffs, distributed to the public, including

1  by making available for distribution to others.  In doing so,

2  each Defendant has violated the Plaintiffs' exclusive rights of

3  reproduction and distribution.  Each Defendant's actions

4  constitute infringement of the Plaintiffs' exclusive rights

5  protected under the Copyright Act of 1976 (17 U.S.C. § 101 *et*

6  *seq.*).

7      18.  The foregoing acts of infringement have been willful,

8  intentional, and in disregard of and with indifference to the

9  rights of the Plaintiffs.

10     19.  As a result of each Defendant's infringement of the

11 Plaintiffs' exclusive rights under copyright, the Plaintiffs are

12 entitled to relief pursuant to 17 U.S.C. § 504, and to their

13 attorneys' fees and costs pursuant to 17 U.S.C. § 505.

14     20.  The conduct of each Defendant is causing and, unless

15 enjoined and restrained by this Court will continue to cause,

16 the Plaintiffs great and irreparable injury that cannot fully be

17 compensated or measured in money.  The Plaintiffs have no

18 adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503,

19 the Plaintiffs are entitled to injunctive relief prohibiting

20 each Defendant from further infringing the Plaintiffs'

21 copyrights and ordering that each Defendant destroy all copies

22 of Copyrighted Motion Pictures made in violation of the

23 Plaintiffs' copyrights.

24     WHEREFORE, the Plaintiffs pray for judgment against each

25 Defendant as follows:

26     1.  For entry of preliminary and permanent injunctions

27 providing that Defendant shall be enjoined from directly or

28 indirectly infringing the Plaintiffs' rights in the Copyrighted

1  Motion Pictures and any motion picture, whether now in existence
2  or later created, that is owned or controlled by the Plaintiffs
3  ("the Plaintiffs' Motion Pictures"), including without
4  limitation by using the Internet to reproduce or copy any of the
5  Plaintiffs' Motion Pictures, to distribute any of the
6  Plaintiffs' Motion Pictures, or to make any of the Plaintiffs'
7  Motion Pictures available for distribution to the public, except
8  pursuant to a lawful license or with the express authority of
9  the Plaintiffs.  Defendant also shall destroy all copies of the
10 Plaintiffs' Motion Pictures that Defendant has downloaded onto
11 any computer hard drive or server without the Plaintiffs'
12 authorization and shall destroy all copies of those downloaded
13 motion pictures transferred onto any physical medium or device
14 in Defendant's possession, custody, or control.

15     2.    For actual damages or statutory damages pursuant to 17
16 U.S.C. § 504, at the election of the Plaintiffs.

17     3.    For the Plaintiffs' costs.

18     4.    For the Plaintiffs' reasonable attorneys' fees.

19     5.    For such other and further relief as the Court deems
20 proper.

21
22
23
24
25
26
27
28

1      Plaintiffs' Certification of Interested Entities or Persons

2  is separately filed concurrently herewith as required by Civil

3  L.R. 3-16.

4  Dated: _Febuy 9, 2006_      CHRISTOPHER T. HOLLAND
                        ANNE E. KEARNS

5                              KATHY M. SARRIA
                        KRIEG, KELLER, SLOAN, REILLEY &

6                        ROMAN LLP

7                        KAREN R. THORLAND
                        LOEB & LOEB LLP

8

9                      By

10                        CHRISTOPHER T. HOLLAND
                        Attorneys for Plaintiffs

11                        TWENTIETH CENTURY FOX;
                        PARAMOUNT PICTURES; DISNEY

12                        ENTERPRISES; WARNER BROS.;
                        UNIVERSAL CITY STUDIOS

13                        PRODUCTIONS; LIONS GATE
                        FILMS; SCREEN GEMS; and

14                        COLUMBIA PICTURES

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

**Exhibit A**

**Doe #1 (70.246.93.42 2006-02-07 03:20:56 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Good Night and Good Luck | PA 1-267-500 |

**Exhibit A**

**Doe #2 (216.63.253.200 2006-01-22 08:24:00 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Screen Gems, Inc. | Underworld | PA 1-261-638 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | Pending |
| Warner Bros. Entertainment Inc. | Tim Burton's The Corpse Bride | PA 1-267-193 |
| Universal City Studios LLLP | King Kong | Pending |
| Paramount Pictures Corporation | Aeon Flux | Pending |

**Exhibit A**

**Doe  #3 (209.30.85.32 2006-01-02 05:27:04 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Andrew Lloyd Weber's Phantom Of The Opera | PA 1-250-672 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | Pending |
| Screen Gems, Inc. | The Exorcism of Emily Rose | Pending |
| Universal City Studios LLLP | King Kong | Pending |

**Exhibit A**

**Doe  #4 (209.30.189.60 2006-01-19 02:18:03 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Walk the Line | PA 1-267-306 |
| Screen Gems, Inc. | The Exorcism of Emily Rose | Pending |

**Exhibit A**

**Doe  #5 (209.30.189.62 2005-12-09 03:36:01 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Asylum | Pau 2-830-199 |

**Exhibit A**

**Doe  #6 (209.30.86.203 2006-01-14 06:25:48 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Walk the Line | PA 1-267-306 |
| Screen Gems, Inc. | The Exorcism of Emily Rose | Pending |

**Exhibit A**

**Doe  #7 (63.200.126.123 2005-12-25 20:06:51 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Fun with Dick and Jane | Pending |

**Exhibit A**

**Doe #8 (64.108.198.62 2006-01-04 14:38:53 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Syriana | Pending |

**Exhibit A**

**Doe #10 (64.148.60.83 2005-12-10 02:05:14 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Christmas With The Kranks | PA 1-246-111 |
| Warner Bros. Entertainment Inc. | Tim Burton's The Corpse Bride | PA 1-267-193 |

**Exhibit A**

**Doe #11 (65.43.177.20 2005-11-18 10:28:21 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Napoleon Dynamite | PA 1-222-516 |
| Paramount Pictures Corporation | The Honeymooners | PA 1-271-559 |
| Disney Enterprises, Inc. | Ice Princess | PA 1-271-411 |

**Exhibit A**

**Doe #12 (66.142.42.52 2005-12-31 17:08:56 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | The SpongeBob SquarePants Movie | PAu 2-859-796 |
| Columbia Pictures Industries, Inc. | XXX: State of the Union | Pending |
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | Pending |
| Disney Enterprises, Inc. | Flight Plan | PA 1-267-242 |

## Exhibit A

### Doe #13 (67.36.57.150 2005-12-10 23:18:19 (EST))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Ice Age | PA 1-072-377 |
| Disney Enterprises, Inc. | Dark Water | PA 1-267-503 |

**Exhibit A**

**Doe #14 (67.39.206.39 2005-12-28 03:42:46 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Cheaper by the Dozen 2 | Pending |

**Exhibit A**

**Doe #15 (68.121.45.84 2005-11-29 22:44:31 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | Finding Nemo | PA 1-146-502 |
| Warner Bros. Entertainment Inc. | Tim Burton's The Corpse Bride | PA 1-267-193 |

**Exhibit A**

**Doe #16 (68.126.112.245 2005-12-09 08:22:41 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Hustle and Flow | Pau 2-862-083 |
| Warner Bros. Entertainment Inc. | Tim Burton's The Corpse Bride | PA 1-267-193 |

**Exhibit A**

**Doe #17  (68.126.115.64 2005-12-01 09:50:42 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | Finding Nemo | PA 1-146-502 |
| Paramount Pictures Corporation | Hustle and Flow | Pau 2-862-083 |

**Exhibit A**

**Doe #18 (68.20.21.254 2006-01-16 13:41:46 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | The Family Stone | PA 1-267-411 |

**Exhibit A**

**Doe  #19 (68.251.152.232 2005-11-25 00:07:39 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | 40 Year Old Virgin | Pending |

**Exhibit A**

**Doe #20 (68.251.39.253 2006-01-15 12:49:04 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | Pending |
| Warner Bros. Entertainment Inc. | Tim Burton's The Corpse Bride | PA 1-267-193 |
| Disney Enterprises, Inc. | Flight Plan | PA 1-267-242 |

## Exhibit A

### Doe #21 (68.254.114.249 2005-11-24 06:16:48 (EST))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | A Sound Of Thunder | PA 1-267-239 |

**Exhibit A**

**Doe #22 (68.255.105.76 2005-12-01 14:24:06 (EST))**

PLAINTIFF                          MOVIE TITLE                          REG#

Universal City Studios LLLP        The Perfect Man                      PA 1-283-002

**Exhibit A**

**Doe  #23 (68.255.107.223 2005-11-27 03:10:03 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Lions Gate Films Inc. | Saw | PAu  2-881-679 |
| Warner Bros. Entertainment Inc. | Tim Burton's The Corpse Bride | PA 1-267-193 |

**Exhibit A**

**Doe  #24 (68.255.24.76 2006-01-24 15:55:21 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | Meet The Fockers | PA 1-255-623 |
| Paramount Pictures Corporation | Get Rich or Die Tryin' | Pending |
| Disney Enterprises, Inc. | Flight Plan | PA 1-267-242 |

**Exhibit A**

**Doe  #25 (68.255.27.178 2005-12-19 05:10:35 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures | Four Brothers | PA 1-286-729 |
| Screen Gems, Inc. | The Exorcism of Emily Rose | Pending |
| Columbia Pictures Industries, Inc. | Zathura | Pending |

**Exhibit A**

**Doe  #26 (68.255.45.40 2006-01-23 15:59:23 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Memoirs of a Geisha | Pending |

**Exhibit A**

**Doe #27 (68.72.172.34 2005-12-31 01:25:09 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | Pending |

**Exhibit A**

**Doe  #28 (68.72.92.25 2005-12-29 04:41:50 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Walk the Line | PA 1-267-306 |

**Exhibit A**

**Doe  #29 (68.73.123.108 2005-12-13 21:07:47 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Screen Gems, Inc. | The Exorcism of Emily Rose | Pending |

**Exhibit A**

**Doe #30 (68.76.82.139 2005-11-29 00:30:04 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |
| Screen Gems, Inc. | The Exorcism of Emily Rose | Pending |

**Exhibit A**

**Doe #31 (68.76.85.53 2006-01-27 04:45:49 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |
| Lions Gate Films Inc. | Devil's Rejects | Pending |
| Lions Gate Film | Hostel | Pending |

**Exhibit A**

**Doe #32 (68.77.250.66 2005-11-29 05:03:32 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Harry Potter And The Prisoner Of Azkaban | PA 1-222-542 |
| Warner Bros. Entertainment Inc. | Constantine | PA 1-250-719 |
| Paramount Pictures Corporation | Hustle and Flow | Pau 2-862-083 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | |

**Exhibit A**

**Doe #33 (68.77.5.253 2006-01-04 05:13:26 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Tim Burton's The Corpse Bride | PA 1-267-193 |

**Exhibit A**

**Doe #34 (68.78.175.205 2006-01-12 00:42:31 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Ice Age | PA 1-072-377 |
| Columbia Pictures Industries, Inc. | Zathura | Pending |

**Exhibit A**

**Doe  #35 (68.79.90.114 2006-01-09 19:05:37 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | National Treasure | PA 1-250-540 |
| Warner Bros. Entertainment Inc. | North Country | Pending |
| Paramount Pictures Corporation | Aeon Flux | Pending |

**Exhibit A**

**Doe #36 (68.88.72.107 2006-01-22 10:31:33 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | American Pie | PA 948-125 |
| Lions Gate Films Inc. | Waiting | Pending |

**Exhibit A**

**Doe #37 (68.88.73.206 2006-01-06 02:58:04 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |
| Lions Gate Films Inc. | Waiting | Pending |

**Exhibit A**

**Doe #38 (68.91.145.95 2006-01-10 12:11:21 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Supercross | PA 1-285-784 |

**Exhibit A**

**Doe  #39 (68.93.2.19 2005-12-07 02:30:47 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Screen Gems, Inc. | The Exorcism of Emily Rose | Pending |

**Exhibit A**

**Doe #40 (68.95.251.62 2006-01-17 09:43:21 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | Finding Nemo | PA 1-146-502 |
| Twentieth Century Fox Film Corporation | Walk the Line | PA 1-267-306 |
| Disney Enterprises, Inc. | Flight Plan | PA 1-267-242 |

**Exhibit A**

**Doe #41 (69.152.198.7 2006-01-26 13:58:33 (EST))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Harry Potter and the Goblet of Fire | Pending |