```
 1  Christopher T. Holland (SB # 164053)
    Anne E. Kearns (SB #183336)
 2  Kathy M. Sarria (SB #181322)
    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
 3  114 Sansome Street, Suite 400
    San Francisco, California 94104
 4  Telephone: (415) 249-8330
    Facsimile: (415) 249-8333
 5  Email:     cholland@kksrr.com

 6  Karen R. Thorland (SB #172092)
    LOEB & LOEB LLP
 7  10100 Santa Monica Boulevard, Suite 2200
    Los Angeles, California 90067
 8  Telephone: (310) 282-2000
    Facsimile: (310) 282-2200
 9  Email:     kthorland@loeb.com

10  Attorneys for Plaintiffs

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION
```

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; LIONS GATE FILMS, INC., a Delaware corporation; SCREEN GEMS, INC., a Delaware corporation; and COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DOES 1 - 41,<br><br>　　　　Defendants. | CASE NO. C 06-00853 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE |

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NO. C 06-00853 PJH

Upon Plaintiffs' Miscellaneous Administrative Request for Leave to Take Discovery Prior to Rule 26 Conference, the Declarations of Chad Tilbury, Thomas Carpenter and R. Christopher Harshman and Plaintiffs' Request for Judicial Notice, and having considered the issues raised therein, including relevant privacy issues, it is hereby:

ORDERED that the Administrative Request of Plaintiffs for Leave to Take Discovery Prior to Rule 26 Conference is granted.

IT IS FURTHER ORDERED that Plaintiffs may serve immediate discovery on SBC Internet Services, Inc., or any other entity identified by SBC Internet Services, Inc. as providing network access or online services to one or more of the Doe Defendants, by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including the name, address, telephone number, email address, and Media Access Control addresses for each Defendant.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoenas may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated: 2/14/06

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*