Christopher T. Holland (State Bar No. 164053)
Anne E. Kearns (State Bar No. 183336)
Kathy M. Sarria (State Bar No. 181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, CA 94104
Phone:     (415) 249-8330
Fax:       (415) 249.8333
Email:     cholland@kksrr.com

Karen R. Thorland (State Bar No. 172092)
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Phone:     (310)282-2000
Fax:       (310)282-2200
Email:     kthorland@loeb.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; LIONS GATE FILMS, INC., a Delaware corporation; SCREEN GEMS, INC., a Delaware corporation; and COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>  vs.<br><br>DOES 1 – 41,<br><br>        Defendants. | Case No.: 3:06-cv-00853-PJH<br><br>NOTICE OF VOLUNTARY DISMISSAL AS TO DOE DEFENDANT 26 ONLY AND ORDER |

1  Pursuant to Federal Rule of Civil Procedure 41(a),
2 Plaintiffs voluntarily dismiss with prejudice Doe Defendant 26,
3 each side to bear its own costs and attorneys' fees.
4  Plaintiffs will continue to prosecute this action with
5 respect to Doe Defendants 1-25 and 27-41.

Dated: April 24, 2006          CHRISTOPHER T. HOLLAND
                               ANNE E. KEARNS
                               KATHY M. SARRIA
                               KRIEG, KELLER, SLOAN, REILLEY &
                               ROMAN LLP

                               KAREN R. THORLAND
                               LOEB & LOEB LLP


                               By          /s/
                                  CHRISTOPHER T. HOLLAND
                                  Attorneys for Plaintiffs
                                  TWENTIETH CENTURY FOX;
                                  PARAMOUNT PICTURES; DISNEY
                                  ENTERPRISES; WARNER BROS.;
                                  UNIVERSAL CITY STUDIOS
                                  PRODUCTIONS; LIONS GATE
                                  FILMS; SCREEN GEMS; and
                                  COLUMBIA PICTURES

4/25/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA