Christopher T. Holland (State Bar No. 164053)
Anne E. Kearns (State Bar No. 183336)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, CA 94104
Phone:    (415) 249-8330
Fax:      (415) 249-8333
Email:    cholland@kksrr.com

Karen R. Thorland (State Bar No. 172092)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Phone:    (310)282-2000
Fax:      (310)282-2200
Email:    kthorland@loeb.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; LIONS GATE FILMS, INC., a Delaware corporation; SCREEN GEMS, INC., a Delaware corporation; and COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>      vs.<br><br>DOES 1 – 41,<br><br>            Defendants. | Case No.: 3:06-cv-00853-PJH<br><br>NOTICE OF VOLUNTARY DISMISSAL AND [P~~ROPOSED~~] ORDER |

1  Plaintiffs previously have dismissed Doe Defendant 26 with
2 prejudice from the above-captioned action.
3  **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of
4 Civil Procedure 41(a), Plaintiffs voluntarily dismiss all of the
5 remaining defendants in the above-captioned action as set forth
6 below:
7  Plaintiffs voluntarily dismiss Doe Defendants 7, 10, 12,
8 18, 24, 25, 29, 35, 39 and 41 **with prejudice** from the above-
9 captioned action, each side to bear its own costs and attorneys'
10 fees.
11  Plaintiffs voluntarily dismiss Doe Defendant 1-6, 8, 9, 11,
12 13-17, 19-23, 27, 28, 30-34, 36-38 and 40, **without prejudice**
13 from the above-captioned action, each side to bear its own costs
14 and attorneys' fees.

Dated: May 19, 2006        CHRISTOPHER T. HOLLAND
                           ANNE E. KEARNS
                           KRIEG, KELLER, SLOAN, REILLEY & ROMAN
                           LLP

                           KAREN R. THORLAND
                           LOEB & LOEB LLP

                           By         /s/
                              CHRISTOPHER T. HOLLAND
                              Attorneys for Plaintiffs
                              TWENTIETH CENTURY FOX; PARAMOUNT
                              PICTURES; DISNEY ENTERPRISES; WARNER
                              BROS.; UNIVERSAL CITY STUDIOS
                              PRODUCTIONS; LIONS GATE FILMS;
                              SCREEN GEMS; and COLUMBIA PICTURES

IT IS SO ORDERED:

DATE: 5/25/06              _____
                           THE HONORABLE PHYLLIS J. HAMILTON
                           UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*